1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MUHAMMED ENTEZARI-AFSHAR,

    Petitioner,

  v.

KEN QUINN,

    Respondent.

Case No. C06-5411RBL

ORDER DIRECTING RESPONDENT TO PROVIDE TRIAL TRANSCRIPTS

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner has been granted leave by the Ninth Circuit to file this petition.

    The respondent has submitted an answer to the petition (Dkt. # 10). Petitioner has submitted a reply (Dkt. # 13). The court has considered those filings and the record submitted by the respondent. The court believes review of the trial transcript would be of benefit in this case and hereby Orders the respondent to provide the trial transcript. Pre trial motions and sentencing or post conviction motions are not needed. The court would like the testimony of the witnesses, and opening and closing arguments.

    Respondents' counsel should send a filing indicating how long they believe it will take to

ORDER

1 obtain the transcript.

2 The clerk is directed to send a copy of this order to counsel for respondent and counsel for
3 petitioner.

4 DATED this 20th day of November, 2006.

           **/s/ J. Kelley Arnold**
           J. Kelley Arnold
           United States Magistrate Judge

28 ORDER