# United States District Court

WESTERN DISTRICT OF WASHINGTON

MOHAMMED "MIKE" ENTEZARI-AFSHAR,
        Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.

HAROLD CLARKE,                           CASE NUMBER: C06-5411RBL

                Defendants,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

The petition is DISMISSED as procedurally barred and time barred.
Petitioner's attempt to proceed through the actual innocence gateway fails.


    March 12, 2007                                       BRUCE RIFKIN
                                                                       Clerk

                                                               /s/ Pat LeFrois
                                                                Deputy Clerk